### Lloyd LEWIS, Plaintiff–Appellant,

### v.

### Thomas BREEDLOVE; Charles Hawley; David Hunt, Defendants–Appellees,

### and

### Vance County Jail; County of Vance, Defendants.

### No. 02–6470.

United States Court of Appeals, Fourth Circuit.

Submitted July 18, 2002.

Decided July 24, 2002.

Lloyd Lewis, Appellant Pro Se. Mark Allen Davis, Douglas William Hanna, Womble, Carlyle, Sandridge & Rice, Raleigh, North Carolina, for Appellees.

Before WIDENER, LUTTIG, and GREGORY, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

PER CURIAM.

Lloyd Lewis appeals the district court's order denying relief on his 42 U.S.C.A. § 1983 (West Supp.2001) complaint. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *Lewis v. Breedlove*, Nos. CA–01–113–5–BO; CA–01–123–5–BO (E.D.N.C. filed Feb. 12, 2002; entered Feb. 13, 2002). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*